No. 82–1856. ANDERSON v. FISHER ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the

papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 